LAUNIU and TALAEAI, Plaintiffs

v.

TAFISI, Defendant

No. 32-1918

High Court of American Samoa

Civil Jurisdiction, Trial Division

["Matai" name: "Maiava"]

December 3, 1918

---

A. M. NOBLE, *Associate Judge*

JUDGMENT

This cause coming on to be heard and it appearing to the Court that the matters in controversy have been amicably settled between the plaintiffs and defendant, it is therefore considered, ordered and adjudged that the action be dismissed.

It is further ordered, considered and adjudged that the defendant Tafisi is entitled to register himself under the "matai" name "Maiava". Plaintiffs pay cost of action $10.00.